

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 4, 2025

**MEMO ENDORSED**

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Dollah v. Secretary of Defense*, No. 24 Civ. 9166 (ER)

Dear Judge Ramos:

      This Office represents the Secretary of Defense and the Secretary of the Navy (the "Government") in connection with the above-referenced action. We write to respectfully request a 14-day extension of time, from September 9, 2025, to September 23, 2025, to respond to the Amended Complaint.

      The reason for this request is that the undersigned requires additional time, in part due to conflicting court-ordered deadlines in other matters, to discuss the new allegations in the Amended Complaint with the agency and prepare the Government's response to the Complaint. This is the first request for an extension of time to respond to the Amended Complaint. Plaintiff, proceeding *pro se*, consents to an extension of time only to September 18, 2025. We thank the Court for its consideration of this request.

                      Respectfully,

                      JAY CLAYTON
                      United States Attorney

         By:     /s/ *Danielle J. Marryshow*
                      Danielle J. Marryshow
                      Assistant United States Attorney
                      86 Chambers Street, Third Floor
                      New York, NY 10007
                      Tel.: (212) 637-2689
                      Email: Danielle.Marryshow@usdoj.gov

---

Defendants' request is granted. Defendants are directed to respond to the complaint by September 23, 2025.

SO ORDERED.

*/s/ Edgardo Ramos*
Edgardo Ramos, U.S.D.J.
Dated: September 5, 2025
New York, New York