

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 22, 2025

**MEMO ENDORSED**

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Dollah v. Secretary of Defense*, No. 24 Civ. 9166 (ER)

Dear Judge Ramos:

      This Office represents the Secretary of Defense and the Secretary of the Navy (the "Government") in connection with the above-referenced action. We write to respectfully request a 30-day extension of time, from September 23, 2025, to October 23, 2025, to respond to the Amended Complaint.

      The reason for this request is that the undersigned requires additional time, due to docket demands and conflicting court-ordered deadlines in other matters, to prepare the Government's response to the Complaint. This is the second request for an extension of time to respond to the Amended Complaint. The *pro se* plaintiff does not consent to this request. We thank the Court for its consideration of this request.

                                                           Respectfully,

                                                          JAY CLAYTON
                                                          United States Attorney

                      By:     /s/ *Danielle J. Marryshow*
                             Danielle J. Marryshow
                             Assistant United States Attorney
                             86 Chambers Street, Third Floor
                             New York, NY 10007
                             Tel.: (212) 637-2689
                             Email: Danielle.Marryshow@usdoj.gov

---

Defendants' request is granted. Defendants are directed to respond to the complaint by October 23, 2025.

SO ORDERED.

                             *[signature]*
                             Edgardo Ramos, U.S.D.J.
                             Dated: September 22, 2025
                             New York, New York