UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAWZIYA AHMED MUSAH DOLLAH.,

Plaintiff,

-against-

SECRETARY OF DEFENSE *and*
SECRETARY OF THE NAVY.,

Defendants.

24 CIVIL 9166 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated April 10, 2026, the Government's motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
October 28, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**